UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ISABELLE DAVIS,

    Plaintiff,

v.                                                      Case No:   2:14-cv-22-FtM-38CM

SANIBELDQ, LLC,

    Defendant.
_____/

## ORDER[1]

This matter comes before the Court on Joint Motion to Dismiss and Response to the Court's Order (Doc. #20) filed on March 27, 2014. Although the Court has located a case in which a district court has approved the settlement of a matter brought pursuant to the Equal Pay Act, the Court finds that it is not required to approve such Equal Pay Act settlements pursuant to Lynn's Foods. See e.g., Lugo-Malone v. Advance/Newhouse Partnership, No. 6:10-cv-1628-Orl-28DAB, 2011 WL 1188558 (M.D. Fla. Mar. 8, 2011) (where the parties filed a joint motion for approval of settlement). In addition, Federal Rule of Civil Procedure 41(a)(1)(A), allows a plaintiff to dismiss a case without a court order. The Rule reads in pertinent part:

> Subject to Rules 23(e), 23.1, 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

  (i)  A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or

  (ii)  A stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A).

In this instance, the Parties stipulate to dismiss this matter with prejudice. (Doc. #17). All parties who have appeared have signed the stipulation. Therefore, the dismissal is appropriate.

Accordingly, it is now

**ORDERED:**

Joint Motion to Dismiss and Response to the Court's Order (Doc. #20) is **GRANTED**. The Complaint (Doc. #1) is hereby **DISMISSED with prejudice**. The Clerk of Court is directed to close the case, terminate any pending motions and enter judgment accordingly.

**DONE** and **ORDERED** in Fort Myers, Florida this 10th day of April, 2014.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record